IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PAUL SYLVESTER, | ) | CIVIL NO. 18-00029 RLP |
| | ) | |
| Plaintiff, | ) | ORDER DENYING THE APPLICATION OF |
| | ) | PERRY ANN HOWELL TO APPEAR PRO |
| vs. | ) | HAC VICE |
| | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATIONS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER DENYING THE APPLICATION OF
PERRY ANN HOWELL TO APPEAR PRO HAC VICE

Before the Court is the Application to Appear Pro Hac Vice of Perry Ann Howell, filed on February 20, 2018. ECF No. 10. Ms. Howell states in her Declaration that she resides and works in Honolulu, Hawaii. ECF No. 10-1. Pursuant to Rule 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, an attorney is not eligible to practice pursuant to pro hac vice admission if the attorney resides in Hawaii, is regularly employed in Hawaii, or is regularly engaged in business, professional, or law-related activities in Hawaii. See LR 83.1(e). It appears from the Application and Declaration of Counsel that Ms. Howell resides in Hawaii, is employed in Hawaii, and regularly engages in law-related activities in Hawaii. Accordingly, Ms. Howell is not eligible for pro hac vice admission and her Application is DENIED.

The Court DIRECTS the Clerk's Office to issue a refund

for the pro hac vice fees paid.

       IT IS SO ORDERED.

       DATED AT HONOLULU, HAWAII, FEBRUARY 26, 2018.



_____
Richard L. Puglisi
United States Magistrate Judge

**SYLVESTER vs. FEDERAL BUREAU OF INVESTIGATION, ET AL.; CIVIL NO. 18-00029 RLP; ORDER DENYING THE APPLICATION OF PERRY ANN HOWELL TO APPEAR PRO HAC VICE**